AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Estabrook et al. ) | |
| ) | |
| ) | Case No. 1:25-cv-10281-WGY |
| The Ivy League Council and Presidents et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Collegiate Athletic Association.

Date: 03/17/2025

*Attorney's signature*

Cari K. Dawson/GA# 213490
*Printed name and bar number*

Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
*Address*

cari.dawson@alston.com
*E-mail address*

(404) 881-7000
*Telephone number*

(404) 881-7777
*FAX number*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 17th day of March 2025.

_Cari K. Dawson_
Cari K. Dawson