UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACE ESTABROOK, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>THE IVY LEAGUE COUNCIL OF PRESIDENTS, *et al.*,<br><br>     Defendants. | Case No. 1:25-cv-10281-WGY<br><br>**DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION TO DISMISS** |

The National Collegiate Athletic Association (NCAA) moves to dismiss Plaintiffs' Complaint on three grounds as set forth in the separate memorandum filed by the NCAA in support of this Motion. First, the claims against the NCAA should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs have not stated a valid claim for relief. They have not alleged sufficient facts to demonstrate that the NCAA is subject to Title IX. Second, the claims asserted by Plaintiff Grace Estabrook should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) based on her lack of standing. Third, pursuant to the first-to-file doctrine, the Court may, in its discretion, stay this action in favor of a first-filed action pending in the Northern District of Georgia.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the NCAA respectfully requests oral argument in connection with this Motion to Dismiss. The motion raises significant and dispositive questions. Oral argument will allow the parties to address this issue fully and to respond to any questions the Court may have.

Respectfully submitted this 21st day of April 2025.

                        */s/ Cari K. Dawson*

Lon F. Povich (BBO #544523)
Austin P. Anderson (BBO #696414)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, Massachusetts 02109
(617) 621-6500
lpovich@andersonkreiger.com
aanderson@andersonkreiger.com

Cari K. Dawson (*pro hac vice*)
Georgia Bar No. 213490
cari.dawson@alston.com
Christopher C. Marquardt (*pro hac vice*)
Georgia Bar No. 471150
chris.marquardt@alston.com
John E. Stephenson (*pro hac vice*)
Georgia Bar No. 679825
john.stephenson@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendant National Collegiate Athletic Association*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Christopher C. Marquardt, counsel for the NCAA, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues subject to this Motion. Plaintiffs' counsel stated that Plaintiffs oppose this Motion.

Dated: April 21, 2025                    /s/ Christopher C. Marquardt
                                         Christopher C. Marquardt

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 21, 2025           */s/ Cari K. Dawson*
                                               Cari K. Dawson