# EXHIBIT A

**2010 NCAA Policy on Transgender Student-Athlete Participation**

The following policies clarify participation of trans student-athletes* undergoing hormonal treatment for gender transition:

1. A trans male (FTM) student-athlete who has received a medical exception for treatment with testosterone for diagnosed gender dysphoria for purposes of NCAA competition may compete on a men's team, but is no longer eligible to compete on a women's team without changing that team status to a mixed team.
2. A trans female (MTF) student-athlete being treated with testosterone suppression medication for gender dysphoria for the purposes of NCAA competition may continue to compete on a men's team but may not compete on a women's team without changing it to a mixed team status until completing one calendar year of testosterone suppression treatment.

Trans student-athletes who are not taking hormone treatment related to gender transition may participate in sex-separated sports activities in accordance with their sex assigned at birth.

- A trans male (FTM) student-athlete who is not taking testosterone related to gender transition may participate on a men's or women's team.
- A trans female (MTF) student-athlete who is not taking hormone treatments related to gender transition may not compete on a women's team.

*This policy may also apply to student-athletes who identify as non-binary. The same policy requirements apply to student-athletes who identify as non-binary and wish to compete on a men's or women's team.

**Note**: The 2010 policy language was updated in 2022 to remove outdated language through recommendations provided by the NCAA Board of Governors Committee to Promote Cultural Diversity and Equity and NCAA Committee on Competitive Safeguards and Medical Aspects of Sports. In January 2022, the Board of Governors updated the transgender participation policy. More information on the updated policy is available on ncaa.org.