# Exhibit 1



       

# Ivy Manual

## 2023-2024

© Council of Ivy League Presidents

# COUNCIL OF IVY LEAGUE PRESIDENTS

M. Elizabeth Magill, *Chair, 2023-2024*

University of Pennsylvania

❧

## Robin J. Harris

Executive Director

## THE IVY MANUAL

Revised August 2023

PREFACE TO THE 1996 EDITION

I am pleased to issue this fifth **Ivy Manual** in a new graphic format and for the first time as a permanent bound volume, as the Ivy League enters its fifth decade of formal competition. The new **Manual** especially reflects the care and craft of Carolyn Campbell, Senior Associate Director of the Ivy Group. The substance of our rules, the clarity of their presentation and the effectiveness of their application all benefit immeasurably from her oversight.

This edition continues to be based on the substantial changes in organization made in 1987, under the direction of then Assistant Director Constance A. Huston [Hurlbut]. Production of the text has been the responsibility most recently of Jane Antis, and earlier of Marcia Staton, Lynda Jarvis and Celia Jacobowitz. We owe special thanks for format revisions in this edition to Marion Carty of Princeton University Printing Services.

Although the Preface to the third edition of the **Manual** (following) refers to it as "less a statute book than a statement of common procedures", the **Manual** clearly now is a book of <u>rules</u>, albeit one which we hope is directed toward high purposes. Our ability to play together by these rules depends on both our wisdom in developing them and our fidelity and good sense in applying them. The founding Ivy Presidents' words in 1954 are no less relevant today:

> It is the spirit of this agreement that it shall be carried out through wise and flexible administration and in a setting of mutual respect and confidence among the members of the Group, as institutions having a common dedication to the purposes and principles of higher education.

This revised *Ivy Manual* is dedicated to all those who have dedicated themselves, in countless ways, to Ivy athletics.

Jeffrey H. Orleans
August 1996
Princeton, New Jersey

PREFACE (THIRD EDITION)

The Ivy Group began as a formal group in 1954 when the eight institutions extended a 1945 agreement regarding football to all competitive athletics. The 1954 *Ivy Group Agreement* established both formal rules and standing committees to enforce and to interpret these rules.

Experience and changing circumstances led to many modifications of the original rules. In addition, the decisions by the various committees established a body of procedures and policies governing the actions of Ivy Group members. In 1967, Jeremiah Ford II, former Director of Athletics at the University of Pennsylvania, prepared the first edition of the *Ivy Group Handbook*. Designed for intra-group guidance of and information for the standing committees, this handbook collected, synthesized and presented in a usable form Ivy policies previously found only in committee minutes and selected policy statements.

Further decisions and changes led, in 1972, to a second edition prepared by Adolph W. Samborski, Director of Athletics Emeritus at Harvard University. The second edition established a format in which each section was as self-contained as possible and organized by the areas of major responsibilities of the standing committees.

The establishment of an Ivy office in late 1973 meant for the first time there was an Ivy officer whose regular duties included participation in the deliberations of all Ivy Committees. Preparation of this edition was initiated by Ricardo A. Mestres, Executive Director of the Council of Ivy Group Presidents, and completed after his retirement. This third edition of the *Ivy Handbook* not only updates the second edition but extends the coverage to areas of common agreement less related to the conduct of athletics.

The task faced in turn by Messers, Ford, Samborski, and Mestres makes clear that the *Handbook* must be an ever changing document if it is to serve its purpose of guiding and informing Ivy officers and the standing committees. It is less a statute book than a statement of common procedures. It is hoped that the loose leaf format will allow for annual updating of the contents by the insertion of new or revised pages. These inserts will be sent to the offices of each member of a standing Ivy committee. Other users of the book should be careful to see that their copies include all revised pages.

James M. Litvack
August 1, 1977
Princeton, New Jersey

# CONTENTS

|  |  | Page |
|---|---|---|

**PREFACES**

**CONTENTS**

PART I **PRINCIPLES**

A. **Introduction** — 1

B. **2022 Ivy League Principles** — 1

C. **NCAA Relations: Excerpts from the 1977 Ivy Manual** — 3

PART II **ORGANIZATION**

A. **Generally** — 5
1. Standing Ivy committees — 5
2. Chairs — 5

B. **Council of Ivy League Presidents** — 6
1. Responsibility — 6
2. Membership — 6
3. Relations with Committees — 6
4. Chair — 6
5. Meetings and minutes — 6
6. Votes and decisions — 6
7. Appointment of Legal Counsel — 7

C. **Policy Committee** — 7
1. Origins and responsibilities — 7
2. Membership — 8
3. Chairs and meetings — 9
4. Votes and decisions — 9

D. **Committee on Administration** — 9
1. Responsibilities — 9
2. Membership, meetings, and decisions — 11

E. **Committee on Admissions** — 12
1. Responsibilities — 12
2. Relations with other Committees and institutions — 12
3. Membership, meetings, and decisions — 13

F. **Committee on Financial Aid**    13
1. Responsibilities    13
2. Consent Decree and Section 568    14
3. Relations with other Committees and institutions    14
4. Membership and meetings    14
5. Decisions    15

G. **Ivy Office and League Administration**    15
1. Executive Director    15
2. Rules administration    16
3. Processing 'serious' cases; Advisory Disposition Committee    17
4. Relations with national and regional athletic associations    20

H. **Student-Athlete Advisory Committee**    20
1. Student Representatives    20
2. Executive Team    21
3. Voting    21
4. Meetings    21

I. **Ivy Legislative Process**    21

PART III    **ELIGIBILITY:  RULES AND PROCEDURES**

A. **Establishment and application of rules**    25
1. Establishment of Ivy rules    25
2. Application of Ivy rules    25
3. National and regional rules    25

B. **Procedures in eligibility matters, including appeals**    26
1. Institutional eligibility officer    26
2. Eligibility decisions    26
3. Appeals    27
4. Eligibility responsibilities and coaches    27
5. Competition while ineligible—effect on records    28

C. **Determination of forfeiture as a penalty**    29

PART IV    **ELIGIBILITY:  AMATEURISM**

A. **Principles**    31
1. 1954 *Ivy Agreement,* A-6,7,8    31
2. 1979 *Statement of Principles,* Number 8    31

B. **Specific issues**    31
1. Amateurism certification    31
2. Permissible activities    32
3. Prohibited practices    32

| | | | |
|---|---|---|---|
| C. | **Employment** | | 33 |
| | 1. | Generally | 33 |
| | 2. | Coaching, teaching, instruction and camps | 33 |
| | 3. | Other specific employment | 34 |
| | 4. | Olympic participation | 34 |
| | | | |
| D. | **Special elements of men's ice hockey** | | 34 |
| | | | |
| E. | **Ivy Sports** | | 34 |
| | | | |
| PART V | **ELIGIBILITY: ACADEMIC STANDARDS AND RESIDENCE** | | |
| | | | |
| A. | **Residence and years of eligibility** | | 35 |
| | 1. | Seasons of competition | 35 |
| | 2. | Seasons of competition Waivers | 35 |
| | 3. | Years of eligibility | 36 |
| | 4. | Freshman eligibility | 37 |
| | | | |
| B. | **Transfer students** | | 37 |
| | | | |
| C. | **Matriculation and academic standing** | | 37 |
| | 1. | Generally | 37 |
| | 2. | Matriculation | 38 |
| | 3. | Standing | 38 |
| | 4. | Changes in eligibility status | 38 |
| | 5. | Practice | 39 |
| | 6. | Dartmouth calendar and athletic eligibility | 39 |
| | | | |
| D. | **Completion of baccalaureate requirements** | | 40 |
| | | | |
| PART VI | **ATHLETIC ADMINISTRATION: SPORTS AND LEAGUES** | | |
| | | | |
| A. | **Generally** | | 41 |
| | 1. | The Ivy Spirit | 41 |
| | 2. | Application | 41 |
| | 3. | Specific sports | 41 |
| | 4. | Unavoidable and Incapacitating Emergencies | 41 |
| | 5. | Principles of conduct | 41 |
| | 6. | Use of tobacco and alcohol | 43 |
| | 7. | Concussion education | 44 |
| | 8. | Team entertainment | 44 |
| | | | |
| B. | **Ivy Sports and Championships** | | 44 |
| | 1. | Ivy sports | 44 |
| | 2. | Ivy championships generally | 45 |
| | 3. | Round-robin championships | 46 |
| | 4. | Inclusive championships | 46 |

5.  Men's rowing championships                                      46
6.  Tournament to determine automatic qualification               46
7.  Budgets and finances                                           46
8.  Awarding championship trophies                                 47

C.  **Squad sizes**                                                48
1.  Home teams                                                     48
2.  Away teams: travel squad limits                               48
3.  Varsity and Junior Varsity teams traveling together           48
4.  Sport-by-sport travel squad limits                            49
5.  Exceptions                                                     50

D.  **Practice and season calendars**                             50
1.  Generally                                                      50
2.  Team Rest Periods                                              52
3.  Season declarations/forms                                     53
4.  Fall practice and competition prior to start of classes       54
5.  Fall sport calendar provisions—sports other than football     54
6.  Football calendar provisions                                  57
7.  Winter calendar provisions                                    59
8.  Spring calendar provisions                                    62

E.  **Contest limitations**                                       65
1.  Season contest limits generally                               65
2.  Countable dates and contests                                  65
3.  Countable individual dates or contests                        66
4.  Numerical contest limits                                      66
5.  Counting exemptions                                           69
6.  Postseason contests                                           69
7.  All-star competitions                                         71

F.  **Out-of-season activities**                                  71
1.  Limits on activities outside the declared playing season      71
2.  Permissible coach supervised activity                         71
3.  Captain's practices and recreation outside the declared playing season  72
4.  Physical education classes                                    73
5.  Summer activity                                               74
6.  Non-institutional clubs and teams                             75
7.  January or mini terms between semesters/quarters              76

G.  **Schedules and travel**                                      76
1.  Scheduling policies generally                                 76
2.  Academic considerations                                       76
3.  Other considerations                                          78
4.  Changes and conflicts                                         78
5.  Travel                                                         79
6.  Ivy League one-way mileage chart                              79

H.  **Foreign travel**                                                          79
1.  Approval                                                                 79
2.  Ivy and NCAA calendars, geographical rules                              80
3.  Ivy rules                                                               81
4.  NCAA eligibility rules                                                  81
5.  NCAA contest rules                                                      81

I.  **Awards**                                                                 82
1.  Plaques, trophies, medals                                              82
2.  Institutional Ivy trophies                                            82
3.  Medals                                                                  83
4.  All-Ivy certificates                                                   83
5.  All-Ivy eligibility and voting                                         86
6.  All-Ivy selection and distribution                                    87
7.  All-Ivy nominations                                                    87
8.  All-Ivy and end of season awards voting                               87
9.  Academic All-Ivy honors                                                88

J.  **Communications activities**                                             89
1.  Generally                                                               89
2.  Specific assignments                                                   89
3.  Coaches' responsibilities                                             89
4.  Ivy League Logo Policy—competition venues, surfaces, and uniforms     90
5.  Competition while ineligible—effect on records                        90
6.  Media guide policy                                                     90

K.  **Student-Athlete services and benefits**                                 **90**

PART VII    ATHLETIC ADMINISTRATION:
            SPECIAL REGULATIONS IN PARTICULAR SPORTS

A.  **Baseball**                                                               93
B.  **Basketball**                                                             95
C.  **Cross Country**                                                          97
D.  **Fencing**                                                                97
E.  **Field Hockey**                                                           98
F.  **Football**                                                               98
G.  **Golf**                                                                  101
H.  **Gymnastics (women)**                                                    102
I.  **Ice Hockey**                                                            102
J.  **Lacrosse**                                                              102
K.  **Rowing**                                                                106
L.  **Rugby**                                                                 107
M.  **Sailing (women)**                                                       107
N.  **Soccer**                                                                108
O.  **Softball**                                                              108
P.  **Squash**                                                                110

| | | |
|---|---|---|
| Q. | Swimming & Diving | 111 |
| R. | Tennis | 112 |
| S. | Track & Field | 114 |
| T. | Volleyball | 115 |
| U. | Water Polo | 116 |
| V. | Wrestling | 116 |

**PART VIII  ATHLETIC ADMINISTRATION:  COACHES**

| | | |
|---|---|---|
| A. | **Communication guidelines** | 119 |
| 1. | National Associations | 119 |
| 2. | Liaisons | 119 |
| 3. | Coach Chairs and meetings | 119 |
| 4. | Proposals | 120 |
| B. | **Limitation on numbers of coaches** | 121 |
| 1. | Generally | 121 |
| 2. | Ivy and NCAA limits | 121 |
| 3. | Specific sports | 122 |
| C. | **Endorsement of commercial products** | 122 |
| D. | **Clinics, camps, and all-star games** | 123 |
| E. | **Scouting of opponents** | 123 |

**PART IX  ATHLETIC ADMINISTRATION:  
FINANCES AND RELATED MATTERS**

| | | |
|---|---|---|
| A. | **Finances** | 124 |
| 1. | Revenue distribution | 124 |
| 2. | Officials' fees and travel expenses | 124 |
| 3. | Championship finances | 124 |
| B. | **Complimentary tickets** | 125 |
| 1. | Institutional allotments | 125 |
| C. | **Ivy Fund** | 126 |
| D. | **League-Wide broadcast packages** | 126 |
| 1. | Programming | 126 |
| 2. | Exposure | 127 |
| 3. | Appearances | 127 |
| 4. | Financial arrangements | 127 |
| 5. | Logistics | 127 |
| 6. | Administration | 128 |

PART X      **ADMISSION AND FINANCIAL AID**

    A.    **General principles**    129

    B.    **Common admissions procedures**    130
        1.    Application dates    130
        2.    Notification dates and common reply date    130
        3.    Early evaluation and applicant contact prior to
            common notification date    130
        4.    Forced commitment    133
        5.    Fee waivers    133
        6.    Contact after notification date    133

    C.    **Financial aid policies and procedures for student-athletes**    133
        1.    Purpose and policy    133
        2.    Institutional financial aid programs    134
        3.    Financial aid estimates and communications with prospective    135
            student athletes
        4.    Oversight by financial aid office    135
        5.    Institutional control    136
        6.    Outside scholarships    136

    D.    **Athletic recruiting rules**    137
        1.    Ivy Group procedures    137
        2.    Coaches' recruiting activities    137
        3.    Campus visits by prospective students    138
        4.    Specific issues    138
        5.    Violations    139

    E.    **Joint statement for candidates on common
        Ivy Group admission procedure**    139
        1.    Timing of decisions    139
        2.    Early evaluation    140
        3.    Financial aid    141
        4.    Participating institutions    142

    F.    **NCAA recruiting elements**    142
        1.    Institutional representatives: Division I limits generally    142
        2.    Institutional representatives and Ivy activities    142
        3.    On-campus visits documentation    142

APPENDIX A:    **Text of Original Presidents Agreement**    143
            **1979 Statement of Principles**    152

APPENDIX B:    **Opted-In Autonomy Legislation**    154

PART III        ELIGIBILITY:  RULES AND PROCEDURES

A.    **Establishment and application of rules**

1.    Establishment of Ivy rules

a.    The Ivy League, acting through the Committee on Coordination and Eligibility established by the Articles of Agreement and its current successor, the Policy Committee, have adopted the following regulations to govern the representation of these institutions in intercollegiate athletic competition.

b.    It is the spirit of this agreement that it shall be carried out through wise and flexible administration and in a setting of mutual respect and confidence among the members of the League, as institutions having a common dedication to the purposes and principles of higher education.

c.    The Ivy League rules of eligibility shall apply equally without regard to sex or gender. The Ivy League is committed to providing inclusive athletics participation opportunities to all qualified students and applies the NCAA's transgender inclusion policies across all League sports. **[Council, Spring 2021]**

2.    Application of Ivy rules

a.    Every undergraduate student of a member college or university shall be eligible to represent his or her institution in intercollegiate athletic competition, subject to the provision of these rules and provided the student has filed with the appropriate institutional authorities a written statement in which the student agrees to abide by the policies and spirit of the Ivy Group Agreement, and the rules of national and regional governing bodies.

b.    First-year students participating in NCAA sports must have NCAA initial eligibility certified by the NCAA Eligibility Center. First-year students only participating in non-NCAA sports (e.g., sprint football, men's rowing, squash) do not have to have initial eligibility certified. **[Council, Spring 2005]**

c.    These rules apply to [This text also at VI-A-2.]:

(1)    Every varsity, freshman and sub-varsity **athlete and team** (whether or not in a sport that is an Ivy round-robin sport) engaged in intercollegiate sports and officially sponsored by more than one Ivy institution or listed as a championship or emerging sport by the NCAA; **[Council, Spring 2010]** and,

(2)    Every other Ivy athlete or team participating in Ivy round-robin or championship competition officially sponsored by the Group.

3.    National and regional rules

It is the intention of the members of the Ivy League to subscribe to the principles

and practices approved by the National Collegiate Athletic Association, the Eastern College Athletic Conference, and other regional or national governing bodies which the League may join, and to keep abreast of the annual amendments and special rulings of these bodies.

Ivy rules and NCAA rules may differ in general scope, detail or both.  In most instances Ivy regulations are more restrictive, but there are instances in which the reverse is true.  The more important differences between Ivy and NCAA rules are noted in Parts VI and X-F of this *Manual*, but the *NCAA Manual* should be consulted directly as necessary.  Eligibility officers and athletic administrators should take the greatest care to assist students and coaches in applying differences between Ivy and national rules.

4.   Each Ivy institution is required to schedule and receive a compliance review (conducted by the Ivy office or another third party) at a minimum of once every eight years. If an outside third party is used, the Ivy office will receive a copy of the final report.

B.   **Procedures in eligibility matters, including appeals**

1.   Institutional eligibility officer

   a.   Each institution shall appoint an eligibility officer.  This individual, if not the institution's representative on the Policy Committee, should maintain a close working relationship with that representative.  He or she should not be a member of the athletic department.

   b.   The eligibility officer is responsible for advising students of their eligibility under Ivy rules.

   c.   All requests for exceptions to Ivy rules, interpretations of such rules, reports as required under these rules and other eligibility requests to the Ivy League will be made by the eligibility officer or designee.

2.   Eligibility Decisions

   a.   The Executive Director is responsible for all eligibility decisions on behalf of the Ivy League.  Requests should be submitted in writing to the Executive Director with a copy to the institution's Policy Committee representative.  Decisions will be returned in writing. The Executive Director, after discussion with the Chair, may choose to submit the case to the Policy Committee for action.

   b.   Each institution agrees on request to provide complete information to the Executive Director concerning any candidate in any sport.

   c.   The Executive Director will inform institutions when the case requires action by other associations such as the NCAA or ECAC. When a case involves action

by these other associations as well as the Ivy League, eligibility requests always
should be directed first to the League.

d.  Exceptions to these rules may be allowed in individual cases in which the
circumstances are unusual and the Executive Director, after consulting with the
Chair of the Policy Committee, decides the exception is in accord with the spirit
of the Ivy Agreement.

e.  A master file of completed decisions shall be maintained at the office of the
Council of Ivy League Presidents.  Reports will be made as necessary to
the Policy Committee and/or all eligibility officers on decisions and cases,
particularly as they might apply to other possible cases.

3.  Appeals

a.  Appeals from decisions by the Executive Director shall be directed to the Chair of
the Policy Committee in writing.  The Chair has sole discretion as to whether the
case shall go to the Policy Committee.

b.  In appeal cases, the institution appealing shall not vote.

4.  Eligibility responsibilities and coaches **[Ivy Office, 1987 and 1989]**

a.  In determining eligibility within an institution all relevant officers—eligibility,
admission, disciplinary and athletic—and all coaches should understand that a
student's eligibility status can be ascertained officially only from the appropriate
institutional officer, who should be clearly identified.  There should be in place
at each institution a procedure for promptly and accurately communicating
eligibility decisions to the coach of the sport in question, through whatever
channels are deemed necessary.  Although the eligibility officer is primarily
responsible for assuring compliance in this regard, not the athletic authorities,
athletic officers also must carry out their obligations clearly.  In particular,
coaches under any circumstances should seek and rely only on official opinion,
and not on students' representations.

b.  In determining eligibility of another institution's students, questions should be
approached as follows:

(1)  An Ivy institution should be assumed to have verified the eligibility of any
competitor who steps up to represent it.

(2)  It is an institutional matter whether questions about another institution's
students may be raised preliminarily between coaches, or should from the
beginning be made by administrative officers.

(3)  If there continue to be questions after initial coach discussions, further
inquiry is the responsibility of institutional athletics or eligibility

administrators—whether the communication is with the competing institution or any third institution, or is with the Ivy, ECAC or NCAA offices.

(4) Although coaches should feel free in these instances to consult their sports liaisons as well as their Directors for clarification of the rules, individual cases are to be pursued institutionally, not through liaisons or coach chairs.

**5.** Competition while ineligible — effect on records

a. This section applies whenever an institution per penalty assessment by the Ivy Office or Advisory Disposition Committee, as appropriate, forfeits a contest (or, as appropriate in an individual sport, an individual's points or match) because of participation by an ineligible student-athlete, when the ineligibility is declared subsequent to the playing of the contest.

b. The following shall apply to all Ivy League and overall records for all affected institutions, including standings, wins and losses, and coaches' records, both seasonal and cumulative.

1. The score of the contest as played shall be listed in the records of contests played.

2. The contest shall be recorded as a loss for the forfeiting team and as a win for the team receiving the forfeit, and any standings shall be computed on that basis.

3. There shall be added to all applicable records an asterisk and a footnote, which shall read as follows: "Records reflect that per [NCAA and/or Ivy as applicable] rules, Team X forfeited [#] Ivy League and [#] other victories [Teams A, B...] due to use of a player subsequently declared ineligible."

4. Team and individual statistics for all affected teams shall be unchanged.

c. When the forfeit of one or more contests would result in a different team winning (or tying for) an Ivy League championship, that team shall be declared the sole (or joint) champion, and the following footnote shall be added to the relevant championship listing: "Team X victories over Teams A, B, etc. forfeited due to subsequent declaration of participation by an ineligible student-athlete; Team Y declared Ivy champion."

d. This section shall apply to all publications of the Ivy Office and of all Ivy institutions. The Ivy Office shall prepare, and shall distribute to all institutions, listings of all records that are required to be based on this section.

C.   **Determination of forfeiture as a penalty [Council, Spring 2002]**

1.   Whenever it has been determined that a student-athlete participated in competition while ineligible, this section will be applied to determine whether, in addition to any penalties imposed by the NCAA, forfeiture of any kind shall be imposed as a penalty by the Ivy League.

2.   If the student-athlete(s) competed in individual sports, the team shall forfeit any advantage gained (e.g., tennis matches won, track points earned), and the final scoring of the competition shall be adjusted accordingly.

3.   If the student-athlete(s) competed in team sports, the determination will be made according to this section, beginning with an investigation by the Ivy Office.

   a.   In any case which the Ivy Office determines to be one of inadvertent violation (e.g., "paperwork" error by the institution when the student-athlete was otherwise eligible, overdue financial forms, NCAA clearinghouse formalities) there will be no forfeiture, unless the Ivy Office identifies other circumstances that require review by the Advisory Disposition Committee.

   b.   In any case which the Ivy Office determines to involve unethical conduct (e.g., attempt to cover up violation, knowingly allowing student to compete while ineligible), forfeiture will be imposed unless the Advisory Disposition Committee determines otherwise, based on specific mitigating evidence.

   c.   In all other cases, forfeiture will be imposed unless the Advisory Disposition Committee determines otherwise, based on specific mitigating evidence.

4.   In making recommendations or determinations as set forth Section III-C-3-c above, the Ivy Office and the Advisory Disposition Committee shall:

   a.   Give substantial weight to the institutional process in investigating and remedying the violation, and to the behavior and forthrightness of institutional personnel (e.g., took corrective action immediately and on its own initiative, versus passive response to inquiries made by investigating authorities).

   b.   Not consider the extent or effect of the student-athlete's participation in the competition.

   c.   Consider the nature of the student's conduct in creating and/or resolving the violation.

5.   The Ivy Office shall maintain a file of all cases decided under this Section.

PART V    **ELIGIBILITY:  ACADEMIC STANDARDS AND RESIDENCE**

A.    **Residence and years of eligibility**

1.    Seasons of competition

a.    No student shall be eligible for more than four seasons of intercollegiate eligibility in any sport.

b.    Subject to V-A-2 below, all students are expected to use their years of varsity eligibility in a particular sport during the first four seasons of that sport (even though they may be formally enrolled in a five-year program), provided the student is enrolled as a full-time student during each of those seasons.

c.    In determining years of competition in all cases:

(1)    Participation, however brief, in any intercollegiate athletic competition in any college year will cause that season to count as one of the allotted seasons of competition in that sport [see NCAA definition of competition, B.12.8.3.1].

(2)    In the sports of women's volleyball, field hockey, and men's and women's soccer, a student-athlete may represent the institution in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete was academically eligible during the segment that concludes with the NCAA Championship.

(3)    The year or years during which a student may have represented any institution in intercollegiate athletic competition shall normally count in the total years of eligibility.

(4)    Incoming student-athletes who have deferred matriculation and who have participated in their sport after August 15th after high school graduation under the supervision of an Ivy League institutional coach or staff member and in the locale of the institution to which s/he has been admitted will be considered to have used a season of eligibility (effective for students entering in fall 2021 or later). **[Council, Spring 2019]**

2.    Season of Competition Waivers **[Ivy Office, 2005]**

a.    Season of competition waivers will normally be granted when a student misses a season due to illness or emergency beyond the student's control. Waivers will normally be denied when students choose not to participate in athletics during a term in which they are enrolled and eligible, or do not participate at the discretion of the coach.

PART V  Academic Eligibility

b.    A student may have a season of Ivy League eligibility restored on the basis of a medical hardship that prevents or terminates athletic participation when an illness or injury occurs prior to the completion of the first half of the season and prior to participation in more than 30% of the scheduled in-season contests or dates of competition per NCAA bylaw 12.8.4, and results in incapacity to compete for the remainder of the season. **[Council, 2007)**

c.    Medical and contest count information should be documented when the injury occurs, and a waiver should be requested from the Ivy Office during the academic year of the missed season. **[Ivy Office, 2005]**

d.    A student who receives an Ivy or NCAA medical hardship exception in wrestling may not have competed in "outside" wrestling events from the first practice date after the injury through the EIWA meet in the season in which he suffered the injury on which the exception is based. **[Administration, Spring 2001]**

e.    A Medical Advisory Committee comprised of three team doctors from the Ivy Leagues schools will review applications for Ivy Non-Participation Medical Waivers in cases where the nature of the injury or level of documentation does not very clearly meet the criteria for restoring a season of competition. The Ivy Office will determine which cases to forward to the Committee, and will consult the Chair as needed. The Ivy Office will make the final determination of whether or not a season of eligibility is restored. **[Ivy Office, 2005]**

3.    Years of Eligibility **[Council, 2005]**

a.    Students are normally expected to use their four seasons of eligibility within the four calendar years following initial enrollment. Eligibility beyond four calendar years requires the approval of the Executive Director.

(1)    Students who request a leave of absence or extension of enrollment with the intent to participate in athletics during a 5th calendar year must talk personally with an academic advisor who will certify that the student appropriately considered academic and career goals when choosing this enrollment pattern, that the decision was in the student's interest regardless of athletics participation, and was made by the student, without pressure to do so from a coach or other athletics department staff member.

(2)    A transfer student is not subject to the four-year limit unless he or she has transferred from one Ivy League institution to another, or takes a leave of absence after enrolling at the second institution.

b.    Under Ivy League and NCAA rules, a student shall not represent an institution in intercollegiate competition after a period of five calendar years from the first date of matriculation at any university, college or junior college. **[Council/Policy, 1978]**

The rules of the NCAA and ECAC permit only limited exceptions to this rule, which the Group applies (B.12.8.1), and students should not presume they will be eligible after five years from initial matriculation.

c.  Compare the 1979 Statement of Principles, No. 10: "Athletic participation ought never to interfere with or otherwise to distort normal academic progress toward the degree or post-baccalaureate plans for graduate work or employment.

**4.  Freshman Eligibility**

a.  During the freshman year of residence a student shall be eligible for competition on freshman, varsity and junior varsity teams in all sports. **[Council, 2012].**

b.  It is an institutional decision whether or not to retain freshman programs for sports in which freshmen are permitted to compete on the varsity level.

**B.  Transfer students**

1.  Except as set out below, the Ivy Group has no specific rules for the eligibility of transfer students.  The NCAA and ECAC do maintain such "sit-out" rules and they are frequently quite complex, B.14.5. Therefore, no transfer student should assume that he or she will be eligible in the first year of Ivy residence until having received explicit approval from the institutional eligibility officer.  NCAA transfer provisions are administered by the institutions unless NCAA or conference approval is specifically required; questions about transfer status should be directed to the Ivy Office.

2.  A temporary student who is a participant in a bona fide exchange program may be eligible to represent an Ivy institution if the student satisfies institutional, Ivy, and NCAA standards of eligibility.  But after initial enrollment at **any** post-secondary institution, even informal temporary attendance at a second institution requires careful attention as to whether "transfer" status has attached and, if so, whether the student may use any of the various exceptions to the "sit-out" rule, B.14.5.5.2, 14.5.2, 14.5.3.

**C.  Matriculation and academic standing**

1.  Generally:  1979 Statement of Principles, Nos. 9 and 10

a.  The student athlete should be held accountable to the same academic standards as other students.

b.  Athletic participation ought never to interfere with or otherwise to distort normal academic progress toward the degree or post-baccalaureate plans for graduate work or employment.

PART V  Academic Eligibility

2.   Matriculation

   a.   No student shall be eligible to represent an institution in intercollegiate athletic competition unless the student is a duly matriculated student regularly studying for a Baccalaureate degree.  No "special" student shall be eligible **[Council, Spring 1988]**.

   b.   A student carrying less than the number of courses normally taken by members of his or her class shall not be eligible without Ivy League approval unless the student's schedule has been temporarily reduced by academic authorities because of illness or other circumstances warranting such reductions, or unless the provisions of B.14.2.2.1.3 apply in the last semester of study for the Baccalaureate degree.

   c.   Cases of foreign students coming for a year under exchange programs and not studying for a Baccalaureate degree should be presented to the League.

3.   Standing

   a.   No student shall be eligible to represent an institution in intercollegiate athletic competition unless the student is in good **academic** standing as determined by the faculty of that institution, and is making normal academic progress, both quantitatively and qualitatively, toward the degree *[1954 Ivy Agreement,* IV-A-5].

   b.   Making "normal academic progress quantitatively" requires that a student have attained sufficient credits toward the degree to be able to graduate on schedule by successfully completing the remaining semesters with programs within the limits of points and courses normally permitted by the faculty of the institution.

   c.   Each institution will inform the others:

      (1)   Of its categories of academic or disciplinary probation;

      (2)   The grounds upon which such probation may be imposed; and,

      (3)   The terms and conditions of such probationary status.

4.   Changes in eligibility status

   a.   A student who has been declared ineligible for any reason and whose period of ineligibility terminates at the close of any term or semester, other than the last term of the year, shall be eligible for competition the day after the end of the exam period of that term.

   b.   A student absent the previous term will also be eligible the day after the end of the exam period.

    c.    A student who is eligible during one term but will not be eligible in the subsequent term (because not registered or for any other reason) remains eligible for practice and competition until the first day of classes for that term.

    d.    A student who is participating in an institutional off-campus academic program and is considered by the institution to be a full time student at the institution, may practice and compete on the same basis as any full time student.

**5.**    Practice **[Policy, Fall 1985]**

    a.    A student who has been ruled ineligible to compete for reasons relating to transfer status or academic progress limits may practice so long as he or she:

        (1)    meets the requirements for matriculation and good standing set forth in this Section; *and*,

        (2)    is enrolled in a minimum full-time program of studies **[Administration, Spring 1992].**

        (3)    otherwise is permitted to practice under institutional rules; <u>and</u>,

        (4)    is eligible to practice under NCAA rules.

    b.    A student who has been ruled ineligible to compete for any other reasons may practice only if, **in addition,** an institutional or Ivy appeal is pending.

**6.**    Dartmouth Calendar and Athletic Eligibility

Dartmouth's unique calendar creates unique eligibility questions.  In response, the Committee on Coordination and Eligibility made a number of decisions which refine the eligibility rules as they apply to Dartmouth students.

    a.    Students may compete in their twelfth term as long as they are registered in the normal way.

    b.    Students returning after being absent in the previous term may begin eligibility the day after the day of the official end of term (including examination period).

    c.    Students enrolled and eligible in a term remain eligible until the first day of classes of the subsequent term.

    d.    Students may train but not compete in terms in which they are not registered. (Note: NCAA waiver approved 2004)

    e.    Room and board may not be paid for students in terms in which they are practicing but are not registered. Room and board may be paid during intersession prior to registration.

f.    Special tuition and room and board charges are not permissible. Expenses and course loads must be those permitted for all students by the institution and not special arrangements for athletes.

D.    **Completion of Baccalaureate requirements**

1.    Except as indicated below, no student who completes the requirements for a Baccalaureate or equivalent degree shall be eligible to represent an institution in intercollegiate athletic competition, even though the actual award of the degree is postponed.  This Section does not apply to a student enrolled for a second Baccalaureate degree at the same institution.

2.    Unlike NCAA rules, a student who has received the Baccalaureate degree and is enrolled in the graduate or professional school of the institution from which that degree was awarded, and who has athletic eligibility remaining, is not permitted to participate in intercollegiate athletics [compare B.14.6] **[Council, Fall 1985]**.

   a.    Exception

         Student-athletes who complete their undergraduate degree requirements in fewer than eight semesters of enrollment, and have not exhausted their athletic eligibility, may compete while enrolled in a full-time graduate program of study at the institution granting the undergraduate degree. Eligibility is limited to four calendar years from the time of matriculation **[Council, Spring 1996]**.

3.    A student who completes the requirements for a Baccalaureate or equivalent degree at the end of a spring term, shall be eligible to represent an institution in intercollegiate athletic competition through the date of the national collegiate championships in any given sport; and at a later date only if the student represents his or her institution in any event duly authorized by that institution as part of its athletic program.

4.    A student who completes the requirements for a Baccalaureate or equivalent degree at the end of a fall or summer term, shall be eligible to represent an institution in intercollegiate athletic competition until the opening of the succeeding academic term.

**APPENDIX A**

I.   **Text of the 1954 Presidents Agreement**
     *(Originally released February 11, 1954)*

### Ivy Group Agreement

In November, l945, the undersigned institutions entered into an agreement regarding football, with the purpose of maintaining the values of the game in the service of higher education. In order to extend to all competitive athletics in which they mutually participate the benefits derived from this agreement, these institutions here affirm and revise their agreement as follows:

I.   The subscribing institutions constitute themselves, for the purposes covered by this agreement, members of a group to be known as "The Ivy Group."

II.  The Group reaffirm the principle that in each institution the academic authorities should control athletics.

III. A.   The Group affirm their conviction that under proper conditions intercollegiate competition in organized athletics offers desirable development and recreation for players and a healthy focus of collegiate loyalty. These conditions require that the players shall be truly representative of the student body and not composed of a group of specially recruited athletes. They further require that undue strain upon players and coaches be eliminated and that they be permitted to enjoy the game as participants in a form of recreational competition rather than as professional performers in public spectacles. In the total life of the campus, emphasis upon intercollegiate competition must be kept in harmony with the essential educational purposes of the institution.

     B.   The Group conclude that these conditions and requirements can best be fulfilled by denying to the fullest possible extent external pressures for competitive extremes.

     C.   To this end, the Group will foster intra-group athletic competition in all sports. No member institution, however, shall necessarily field a team in every sport.

     D.   The Group approve a round-robin schedule in football and the principle of round-robin schedules in as many sports as practicable.

IV.  The Group establish the following policies to govern intercollegiate athletic activities of its members. Interpretations may be made by the appropriate committees.

     A.   **Eligibility Rules**

          1.   No student shall be eligible for a varsity team unless he has previously filed with the appropriate authorities of his institution a written statement in which he agrees to abide by the policies and spirit of the Ivy Group agreement.

2.  No student shall be eligible for a varsity team until he has completed satisfactorily an academic year's work at the institution he is to represent.

3.  No student shall be eligible for a varsity team in more than three different academic years. A year in which a student is ineligible for scholastic or disciplinary reasons shall nevertheless be counted as one of the three academic years.

4.  Only undergraduate students shall be eligible for a varsity team.

5.  No student shall be eligible unless he is in good scholastic standing as determined by the standards set by the faculty of his institution and unless he is enrolled in an academic program leading to a recognized degree and is making normal academic progress, both quantitatively and qualitatively, toward the degree.

6.  The members of the Group reaffirm their prohibition of athletic scholarships. Athletes shall be admitted as students and awarded financial aid only on the basis of the same academic standards and economic need as are applied to all other students.

7.  No student shall be eligible who has received financial support from any source except (i) from personal or family resources; (ii) in return for services (other than of an athletic character) rendered through employment at normal wages; (iii) from financial aid awarded by or with the specific approval of the regular academic authority of the institution in which the player is a student; (iv) from Government grants to war service veterans or regularly enrolled members of ROTC units.

8.  No student entering after September 1, 1953 shall be eligible whose secondary school education was subsidized or whose post-college education is promised by an institution or group of individuals not closely related to the family as a consideration for his attending the particular institution.

B.  **Administrative Regulations**

1.  Scheduling

    a.  In order that schedule commitments may not be made too far in advance, it is agreed that:

        (1)  Football schedules shall not be made more than two years in advance of the current calendar year;

        (2)  Schedules in all other sports shall not be made prior to December of the college year preceding that in which the schedules will be played.

b.   Games involving extended class absences from the institution shall not be scheduled.

**2.**   Length of Season

a.   Football practice for all institutions in the Group shall not start earlier than a date to be agreed upon each year by the Administrative Committee, which may not be earlier than September 1 in any year. The Administrative Committee shall establish a formula for the start of practice in other sports and shall establish limitations governing out-of-season practice wherever desirable.

b.   The Administrative Committee shall establish a maximum number of games and practice games or scrimmages against outside teams in football and basketball and in other sports wherever desirable.

c.   No football practice shall take place at any time except during the fall season and prior thereto as provided above in (a).

d.   The members of the Group shall not engage in post season games or any other contests designed to settle sectional or other championships. (NOTE: National Collegiate Athletic Association, Eastern College Athletic Conference, A.A.U. competitions and international competitions such as the games, meets and matches with Oxford and Cambridge Universities shall not be considered as postseason games or contests within the meaning of the above rule.)

**3.**   All-Star Games and Coaching Clinics

a.   No player attending the institutions composing the Ivy Group who has played on the team of his institution shall participate in postseason or preseason games, such as All-Star games, [*] and no coach shall undertake to coach teams entered in such contests.

b.   The coaches and players of institutions in the Group shall not participate in clinics for secondary school coaches or players, nor shall these institutions or their players or coaches participate in the holding of high school All-Star [*] football games.

[*] NOTE: In April 1955, the Policy Committee approved the recommendation of the Ivy Group Administration Committee to insert "in any sport" at this point in 3a. and to delete the word football in 3b.

**4.**   Endorsement of Commercial Products by Athletic Staff Members

In conformity with customary practices of other academic officers, coaches shall not endorse commercial products.

v.  The Group establish the following three inter-institutional committees for the purpose of carrying out the cooperative purposes of this agreement.

A.  **Committee on Administration**

Each institution shall name a representative to the Committee on Administration who shall be the responsible administrative officer dealing with the intercollegiate athletics at the institution. It shall be the responsibility of this committee to handle the various operational aspects of matters dealt with in this agreement other than those affecting the eligibility of players and the establishment of basic policies. In particular, it shall be the responsibility of this committee to keep the conditions under which intercollegiate sports are conducted under close and constant review and appraisal and to promote inter-institutional cooperation designed to effectuate the spirit and intent of this agreement.

The Committee on Administration shall have a chairman and a vice-chairman who shall also serve as secretary of the Committee. The chairmanship of the Committee shall be held in annual rotation by the representatives of the member institutions in the order indicated in paragraph V sub-paragraph 4. The chairman shall set the date and place of the regular meetings and of any special meetings requested by the representatives of any three institutions.

Each institution agrees to furnish the Committee on Administration such information affecting the organization, support, and conduct of intercollegiate sports, other than with respect to player eligibility and basic policies, as the Committee may deem necessary to the effective discharge of its purpose.

It is expected that the Committee on Administration will keep all matters coming within the purview of this agreement, other than eligibility and basic policies, under review and will from time to time make recommendations to the Presidents' Policy Committee with respect to such matters and any other such matters of general concern as the proper place and treatment of scouting, athletic publicity, operating budget and ticket practices, and the control of "extra-curricular" activity of coaches, such as broadcasting, telecasting, or writing of publication on the subject of athletics. The members of the group agree to abide by any decisions within the purview of the Committee on Administration which are approved by a majority of the eight institutions on the committee.

B.  **Committee on Eligibility**

Each institution shall name a representative to the Committee on Eligibility who shall be a fulltime member of the academic faculty of the institution. It shall be the responsibility of the Committee on Eligibility to administer rules of eligibility established by agreement of the participating institutions. The committee's administration of these rules shall be with due regard to the circumstances in individual cases and at all times in a manner calculated to promote the amateur spirit. Exceptions to the eligibility policies established by the group may be allowed in individual cases in which the

circumstances are unusual and the Committee on Eligibility is of the opinion that the exception will be in accord with the spirit and objectives of this agreement.

The Committee on Eligibility shall have a chairman and a vice-chairman who shall also serve as secretary of the Committee. The chairmanship of the Committee shall be held in annual rotation by the faculty representatives of the member institutions in the order indicated in paragraph V, sub paragraph D. The chairman shall set the date and place of the regular meetings and of any special meeting requested by the representatives of any three institutions.

Each institution agrees to provide complete information to the Eligibility Committee concerning all candidates for freshman and varsity football teams and in other sports on request. It is expected that the information required by the Committee will largely relate to admission records, course grades, academic standing, prior academic connections, if any, and financial aid. The Committee shall be free at all times to request from member institutions whatever information it deems necessary to the successful discharge of its duties, and it is the spirit and intent of this agreement that any questions or rumors concerning the status of any player in connection with matters covered by this agreement shall be made the subject of full and frank discussion in the Committee on Eligibility in order that the utmost mutual confidence and respect may be maintained on these matters between members of the Group.

It is expected that the Committee on Eligibility will keep all matters coming within the purview of this agreement, including particularly eligibility questions, under constant review and shall from time to time make recommendations to the Presidents' Policy Committee with respect to any changes in policies deemed to be advisable. It shall prepare detailed rules necessary for the effective administration of the policies of eligibility agreed to by the Group. These detailed rules shall be invariably reported to all member institutions promptly and formally. Decision of the Eligibility Committee, including rulings on the eligibility of individual players, shall be settled by a majority of the eight institutions on the Committee, and such decisions shall be enforced by the proper institutional authorities.

C.  **Presidents' Policy Committee**

The Presidents' Policy Committee shall consist of the eight Presidents of the subscribing institutions. This Committee shall have full and final responsibility for the determination of all agreed policies of the Group and with respect to the organization and operation of the Committees on Administration and Eligibility.

The Presidents' Policy Committee may from time to time request the Committees on Administration and Eligibility to study and report on specific policy problems, and may from time to time invite either or both Committees to meet with the Presidents' Policy Committee.

The Presidents' Policy Committee shall have a chairman and a vice-chairman who shall also serve as secretary of the Committee. The chairmanship of the Committee

shall be held in annual rotation by the Presidents of the member institutions proceeding in the alphabetical order of the institutions. The vice-chairman shall be the member of the Committee next in line for the chairmanship. The Committee shall meet at least once a year at a time and place to be arranged by the Chairman. Special meetings may be called at any time upon the initiative of the Chairman or by the request of three members of the Committee.

The Presidents' Policy Committee shall take decisions on all matters within its responsibility by the affirmative vote of six members of the Group. The Committee may, upon the request of the chairman, consider and act upon a matter by mail or telegraphic vote, provided that the vote is unanimous.

D.   The terms of office of the Chairman and the Vice-Chairman (who shall also serve as Secretary) of each of the three committees shall begin January first. The officers shall serve on each post for one year, the sequence to be keyed to the alphabetical rotation of the Presidents' Policy Committee in accordance with the following table:

|      | Presidents Policy Committee | Committee on Eligibility | Committee on Administration |
|------|------------------------------|---------------------------|------------------------------|
| 1954 | Columbia | Princeton | Dartmouth |
| 1955 | Cornell | Yale | Harvard |
| 1956 | Dartmouth | Brown | Pennsylvania |
| 1957 | Harvard | Columbia | Princeton |
| 1958 | Pennsylvania | Cornell | Yale |
| 1959 | Princeton | Dartmouth | Brown |
| 1960 | Yale | Harvard | Columbia |
| 1961 | Brown | Pennsylvania | Cornell |

(Years listed at left indicate Chairmen. Vice-Chairmen [also serving as Secretaries] to be representatives of institutions next in alphabetical order of institutions.)

VI.   It is the spirit of this agreement that it shall be carried out through wise and flexible administration and in a setting of mutual respect and confidence among the members of the Group as institutions having a common dedication to the purposes and principles of higher education.

This agreement shall become effective upon the prior approval thereof by all the governing boards of the subscribing institutions as attested to by the signatures of the Presidents. A subscribing member may withdraw from the Group upon giving written notice of such intention two years in advance. Amendments of the agreement pertaining to membership shall be made only with the approval of all the institutions acting through their respective governing boards.

| Henry M. Wriston | Nathan Marsh Pusey |
|---|---|
| BROWN UNIVERSITY | HARVARD UNIVERSITY |
| Grayson Kirk | Gaylord Harnwell |
| COLUMBIA UNIVERSITY | UNIVERSITY OF PENNSYLVANIA |
| Deane W. Malott | Harold W. Dodds |
| CORNELL UNIVERSITY | PRINCETON UNIVERSITY |
| John Sloan Dickey | A. Whitney Griswold |
| DARTMOUTH COLLEGE | YALE UNIVERSITY |

## 1954 Presidents agreement as amended

In the more than fifty years since the signing of the initial Ivy Presidents Agreement, the Ivy League has developed a variety of rules to govern individual eligibility and to specify the nature of Ivy athletic competition. These rules have reflected changes at Ivy institutions, including particularly admission of women to all our Colleges, and numerous national changes.

Various sections of the original Agreement thus have been tempered by specific changes, agreed to within the Group as being within the original spirit and intention of that Agreement. And in 1979, on the Agreement's 25th Anniversary, the Council of Presidents issued a Statement of Principles that applies the Agreement's intentions to the circumstances which the Council then observed.

The current texts of the Agreement and of the Statement are printed hereafter as Sections I-B and C, as self-contained references. Pertinent specific provisions of the Agreement and Statement also have been incorporated as athletic rules in the remainder of the *Manual*. In each case, the Agreement and the Statement have been amended as necessary to comply with the final judgment in **United States v. Brown University, et al.** Where necessary, other provisions of the Manual also have been revised to comply with the judgement.

The reader should remember that Ivy rules and NCAA rules may differ in general scope, detail, or both. Those differences are noted here only occasionally, because this *Manual* is intended primarily to specify the particular rules and practices of our own Group. In most instances Ivy regulations are more restrictive than those of the NCAA, but there are instances in which the national or regional associations are more restrictive.

Eligibility officers and athletic administrators thus should take the greatest care to assist students and coaches in applying differences between Ivy and national rules. Students in doubt should direct questions to their campus eligibility officers.

B.  **Ivy Group Agreement: Selected Provisions of the 1954 Presidents Agreement, the original text in its entirety is reproduced as Appendix A.**

In November, l945, the undersigned institutions entered into an agreement regarding football, with the purpose of maintaining the values of the game in the service of higher education. In order to extend to all competitive athletics in which they mutually participate the benefits derived from this agreement, these institutions here affirm and revise their agreement as follows:

I.    The subscribing institutions constitute themselves, for the purposes covered by this agreement, members of a group to be known as "The Ivy Group."

II.    The Group reaffirm the principle that in each institution the academic authorities should control athletics.

III.    A.    The Group affirm their conviction that under proper conditions intercollegiate competition in organized athletics offers desirable development and recreation for players and a healthy focus of collegiate loyalty. These conditions require that the players shall be truly representative of the student body and not composed of a group of specially recruited athletes. They further require that undue strain upon players and coaches be eliminated and that they be permitted to enjoy the game as participants in a form of recreational competition rather than as professional performers in public spectacles. In the total life of the campus, emphasis upon intercollegiate competition must be kept in harmony with the essential educational purposes of the institution.

B.    The Group conclude that these conditions and requirements can best be fulfilled by denying to the fullest possible extent external pressures for competitive extremes.

C.    To this end, the Group will foster intra-group athletic competition in all sports. No member institution, however, shall necessarily field a team in every sport.

D.    The Group approve a round-robin schedule in football and the principle of round-robin schedules in as many sports as practicable.

IV.    The Group establish the following policies to govern intercollegiate athletic activities of its members. Interpretations may be made by the appropriate committees.

A.    **Eligibility Rules**

1.    No student shall be eligible for a varsity team unless he has previously filed with the appropriate authorities of his institution a written statement in which he agrees to abide by the policies and spirit of the Ivy Group agreement.

2.    [Except as may be provided by exception] Only undergraduate students shall be eligible for a varsity team.

3. No student shall be eligible unless he is in good scholastic standing as determined by the standards set by the faculty of his institution and unless he is enrolled in an academic program leading to a recognized degree and is making normal academic progress, both quantitatively and qualitatively, toward the degree.

4. The members of the Group reaffirm their prohibition of athletic scholarships. Athletes shall be admitted as students and awarded financial aid only on the basis of the same academic standards and economic need as are applied to all other students (provided that each institution shall apply its own standard of economic need).

5. No student shall be eligible who has received financial support from any source except (i) from personal or family resources; (ii) in return for services (other than of an athletic character) rendered through employment at normal wages; (iii) from financial aid awarded by or with the specific approval of the regular academic authority of the institution in which the player is a student; (iv) from Government grants to war service veterans or regularly enrolled members of ROTC units.

6. No student entering after September 1, 1953 shall be eligible whose secondary school education was subsidized or whose post-college education is promised by an institution or group of individuals not closely related to the family as a consideration for his attending the particular institution.

v.   It is the spirit of this agreement that it shall be carried out through wise and flexible administration and in a setting of mutual respect and confidence among the members of the Group as institutions having a common dedication to the purposes and principles of higher education.

This agreement shall become effective upon the prior approval thereof by all the governing boards of the subscribing institutions as attested to by the signatures of the Presidents. A subscribing member may withdraw from the Group upon giving written notice of such intention two years in advance. Amendments of the agreement pertaining to membership shall be made only with the approval of all the institutions acting through their respective governing boards.

Henry M. Wriston                          Nathan Marsh Pusey
BROWN UNIVERSITY                          HARVARD UNIVERSITY

Grayson Kirk                              Gaylord Harnwell
COLUMBIA UNIVERSITY                       UNIVERSITY OF PENNSYLVANIA

Deane W. Malott
_____
CORNELL UNIVERSITY

Harold W. Dodds
_____
PRINCETON UNIVERSITY

John Sloan Dickey
_____
DARTMOUTH COLLEGE

A. Whitney Griswold
_____
YALE UNIVERSITY

### 1979 Statement of Principles, reflecting subsequent modifications by the Council through December, 1991, and amended June 1999

In July of 1979, on the twenty-fifth anniversary of the Ivy Agreement, the Council agreed to the following Statement of Principles.

1.  Intercollegiate athletics ought to be maintained within a perspective that holds paramount the academic programs of the institution and the academic and personal growth of the student athlete.

2.  The member schools are committed to equal opportunities in athletics for men and women.

3.  The member schools ought to look primarily within the Group for standards of competitive excellence and, for most sports, ought to measure success or failure in competition with each other.

4.  Each member school ought not merely to tolerate, but to value a balance of competitive success within the Group.  Although schools may differ in those sports in which they excel, a reasonable competitive balance among institutions over time over all sports should be sought.

5.  Wide participation in intercollegiate athletics should be sought.  Although many of our student athletes will have been at least recognized by alumni, admissions staffs, coaches, or faculty with athletic participation in mind, we should encourage non-recruited athletes to earn places on our teams.

6.  Student athletes should be generally representative of their class and admitted on the basis of academic promise and personal qualities as well as athletic ability.

7.  Student athletes must be admitted and notified of admissions status only by the admissions office, and must be awarded financial aid and notified of financial aid awards only by the office of financial aid. **[Council; Spring 1999]**

8.  Financial aid for student-athletes must be awarded and renewed on the sole basis of economic need with no differentiation in amount or in kind (e.g., in packaging) based on athletic ability or participation, provided that each school shall apply its own standard of economic need.

9.  The student athlete should be held accountable to the same academic standards as other students.

10. Athletic participation ought never to interfere with or otherwise to distort normal academic progress toward the degree or post-baccalaureate plans for graduate work or employment.

**Appendix A**