UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACE ESTABROOK, ELLEN HOLMQUIST, and MARGOT KACZOROWSKI,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE IVY LEAGUE COUNCIL OF PRESIDENTS, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-10281-WGY |

**[PROPOSED] ORDER**

　　AND NOW, on this _____ day of _____ 2025, upon consideration of The Ivy League Council of Presidents' Motion to Dismiss, together with any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiffs' Complaint is hereby **DISMISSED**, with prejudice as to the Ivy League Council of Presidents.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　William G. Young, U.S.D.J.