UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACE ESTABROOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE IVY LEAGUE COUNCIL OF PRESIDENTS, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-10281-WGY <br><br> **DECLARATION OF CARI DAWSON IN SUPPORT OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION TO DISMISS** |

I, Cari Dawson, hereby declare:

1. I am counsel of record for National Collegiate Athletic Association ("NCAA") in both this case and a case filed in the Northern District of Georgia styled *Gaines v. National Collegiate Athlete Association, et al.*, Case No. 1:24-cv-01109-TRJ.

2. The plaintiffs in the *Gaines* action filed their original complaint on March 14, 2024. A true copy of a relevant excerpt of that complaint is attached as Exhibit 1.

3. The NCAA and other defendants in the *Gaines* action moved to dismiss the *Gaines* complaint. Instead of opposing the motions to dismiss, the *Gaines* plaintiffs amended their complaint. A true copy of a relevant excerpt of that first amended complaint is attached as Exhibit 2.

4. The NCAA and other defendants in the *Gaines* action moved to dismiss the first amended complaint. Prior to those motions being heard, the *Gaines* plaintiffs sought and received leave to file a second amended complaint. A true copy of their second amended complaint (omitting appendices and exhibits) is attached as Exhibit 3.

5.      The NCAA and other defendants in the *Gaines* action have pending motions to dismiss the second amended complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 21, 2025.

<u>/s/ Cari K. Dawson</u><br>
Cari K. Dawson