# APPENDIX A

| University Name | Women | Men | Women Roster Spots | Percentage | Men Roster Spots | Percentage |
|---|---|---|---|---|---|---|
| Brown University | 3634 | 3532 | 549 | 52% | 507 | 48% |
| Columbia University | 4045 | 4218 | 472 | 48% | 520 | 52% |
| Cornell University | 8522 | 7105 | 604 | 46% | 722 | 54% |
| Dartmouth College | 2167 | 2244 | 453 | 44% | 576 | 56% |
| Harvard University | 3848 | 3555 | 547 | 44% | 695 | 56% |
| Princeton University | 2765 | 2762 | 512 | 43% | 687 | 57% |
| University of Pennsylvania | 5542 | 4611 | 443 | 40% | 653 | 60% |
| Yale University | 3370 | 3218 | 485 | 44% | 621 | 56% |