UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACE ESTABROOK, ELLEN HOLMQUIST, and MARGOT KACZOROWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> THE IVY LEAGUE COUNCIL OF PRESIDENTS, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br><br> Defendants. | Case No. 1:25-cv-10281-WGY |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF ARGUMENT TIME

The Ivy League Council of Presidents ("The Ivy League"), the President and Fellows of Harvard College ("Harvard"), the Trustees of the University of Pennsylvania ("Penn"), and the National Collegiate Athletic Association ("NCAA" and with The Ivy League, Harvard, and Penn, the "Defendants") respectfully move to enlarge the total argument time on Defendants' motions to dismiss for Defendants from 10 minutes to 20 minutes. As grounds for this motion, Defendants state as follows:

1. On April 21, 2025, each of the four Defendants filed their respective motions to dismiss. *See* ECF Nos. 64, 67, and 72 (Penn), ECF Nos. 65 and 68 (Harvard), ECF No. 69 (The Ivy League), and ECF Nos. 70 and 71 (NCAA). On May 12, 2025, Plaintiffs filed their opposition to Defendants' motions to dismiss. ECF No. 83. On May 27 and 28, 2025, Defendants filed reply briefs in support of their motions to dismiss, *see* ECF Nos. 91 (Penn), 92

FH12846077.1

(NCAA), 93 (Havard), and 96 (The Ivy League), and on June 17, 2025, Plaintiffs filed their sur-reply in support of their opposition. ECF No. 100.

2. Each of the four Defendants moved to dismiss Plaintiffs' complaint in its entirety. While there are many overlapping arguments among the Defendants, including that the Plaintiffs lack standing and fail to state a Title IX claim pursuant to Fed. R. Civ. Proc. 12(b)(6), there are differences among the Defendants' positions that warrant an enlargement of the total time for argument for their side to 20 minutes. For example, as a threshold matter, The Ivy League and NCAA argue that Title IX does not apply to them because they are athletic conferences that do not themselves receive federal financial assistance.

3. Defendants are mindful of the need to be economical in their arguments and, to that end, have adopted in their briefing the arguments of other Defendants, where appropriate. *See, e.g.*, ECF No. 67 (Penn adopting Harvard argument on standing), ECF No. 73 (The Ivy League adopting arguments by Harvard and Penn concerning Plaintiffs' failure to state a claim). Because each Defendant intends to argue, Defendants intend to divide among themselves the total time allotted to their side and avoid repetition in their arguments. Defendants seek an enlargement of the total time allotted to them in order to address both those arguments common across Defendants as well as those arguments that differ among them.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for The Ivy League met and conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues raised in the Motion and Plaintiffs indicated they take no position on this Motion.

Dated July 18, 2025

FH12846077.1

*/s/ Anton Metlitsky*
Anton Metlitsky (admitted *pro hac vice*)
Jennifer B. Sokoler (admitted *pro hac vice*)
David Cohen (admitted *pro hac vice*)
O'MELVENY & MEYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
(212) 326-2000
ametlitsky@omm.com
jsokoler@omm.com
dcohen@omm.com

Victoria L. Steinberg (BBO No. 666482)
Kristine C. Oren (BBO No. 705730)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160
vsteinberg@clohertysteinberg.com
koren@clohertysteinberg.com

*Attorneys for Harvard*

*/s/ Jeffrey A. Sturgeon*
Jeffrey A. Sturgeon (*pro hac vice*)
Paul C. Evans (*pro hac vice*)
200 Park Avenue
New York, NY 10166
jeffreysturgeon@paulhastings.com
paulevans@paulhastings.com
Telephone: 1(212) 318-6017
Telephone: 1(212) 318-6009

Remy D. Snead (*pro hac vice*)
71 S. Wacker Dr., Suite 4500
Chicago, IL 60606
remysnead@paulhastings.com
Telephone: 1(312) 499-6086

Matthias A. Kamber
101 California Street, 48th Floor San Francisco, California 94111
matthiaskamber@paulhastings.com
Telephone: 1(415) 856-7000

*Attorneys for Penn*

*/s/ Stephen J. Kastenberg*
Stephen J. Kastenberg (admitted *pro hac vice*)
Elizabeth P. Weissert (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215-665-8500
F: 215-864-8999
Kastenberg@ballardspahr.com
WeissertE@ballardspahr.com

Caroline S. Donovan (BBO No. 683274)
Howard Weiss (BBO No. 709814)
cdonovan@foleyhoag.com
hweiss@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: 617.832.1000

*Attorneys for The Ivy League*

*/s/ Cari K. Dawson*
Cari K. Dawson (*pro hac vice*)
cari.dawson@alston.com
Christopher C. Marquardt (*pro hac vice*)
chris.marquardt@alston.com
John E. Stephenson (*pro hac vice*)
john.stephenson@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000

Lon F. Povich (BBO No. 544523)
Austin P. Anderson (BBO No. 696414)
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, Massachusetts 02109
(617) 621-6500
lpovich@andersonkreiger.com
aanderson@andersonkreiger.com

*Attorneys for NCAA*

FH12846077.1